# U.S. District Court
## Eastern District of Kentucky (Lexington)
### CIVIL DOCKET FOR CASE #: 5:17–cv–00500–DCR

Marcum et al v. Monsanto Company  
Assigned to: Judge Danny C. Reeves  
Case in other court: MDL, 2741  
Cause: 28:1332 Diversity–Product Liability

Date Filed: 12/20/2017  
Date Terminated: 01/05/2018  
Jury Demand: Plaintiff  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

**Patricia Marcum**  
*Individually*

represented by **Frank M. Petosa**  
Morgan & Morgan PA – Plantation  
600 N. Pine Island Road  
Suite 400  
Plantation, FL 33324  
954–318–0268  
Fax: 954–327–3018  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jonathan A. Rabinowitz**  
Morgan & Morgan, P.A. – Lexington  
333 W. Vine Street  
Suite 1200  
Lexington, KY 40507  
859–219–4529  
Email: jrabinowitz@forthepeople.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Robin L. Greenwald**  
Weitz & Luxenberg, PC  
700 Broadway  
New York, NY 10003  
212–558–5500  
Fax: 212–334–5461  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Marcum**  
*on behalf of*  
John Marcum

represented by **Frank M. Petosa**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jonathan A. Rabinowitz**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Robin L. Greenwald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Monsanto Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2017 | 1 | COMPLAINT ( Filing fee $400; receipt number 0643–3964362), filed by Patricia Marcum(Individually ), Patricia Marcum. (Attachments: # 1 Civil Cover Sheet, # 2 Summons Monsanto Company, # 3 Summons Monsanto Company)(VA) (Entered: 12/20/2017) |
| 12/20/2017 |  | Conflict Check run. (VA) (Entered: 12/20/2017) |
| 12/20/2017 | 3 | Summons Issued as to Monsanto Company; Summons issued and returned to counsel by U.S. Mail for service by Certified Mail via Kentucky Secretary of State. (VA) (Entered: 12/20/2017) |
| 12/27/2017 | 4 | NOTICE TO ATTORNEY Frank M. Petosa by Clerk re: L.R. 83– Attorney Admission procedure w/ a copy of L.R. 83 and Attorney Admission Application. (KJR) (Entered: 12/27/2017) |
| 12/27/2017 | 5 | NOTICE TO ATTORNEY Robin L. Greenwald by Clerk re: L.R. 83– Attorney Admission procedure w/ a copy of L.R. 83 and Attorney Admission Application. (KJR) (Entered: 12/27/2017) |
| 01/05/2018 | 6 | INFORMATION COPY OF MDL CONDITIONAL TRANSFER ORDER: MDL No. 2741 (STC) (Entered: 01/05/2018) |
| 01/05/2018 | 7 | CERTIFIED ORDER received from Northern District of California re: Case Transfer to the MDL Panel pursuant to CTO No. CTO–63 filed in MDL Case Number 2741. (KJR)cc: COR (Entered: 01/05/2018) |